| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENOPTIX, INC. AND CARTESIAN MEDICAL GROUP, INC.,<br><br>         Plaintiffs,<br><br>v.<br><br>BASHAR DABBAS,<br><br>         Defendant. | Case No.: 3:17-CV-1468-CAB-AGS<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 30]** |
| BASHAR DABBAS, MD,<br><br>         Cross-Complainant,<br><br>v.<br><br>GENOPTIX, INC; CARTESIAN MEDICAL GROUP, INC., and JOSEPH LIMBER, individually,<br><br>         Cross-Defendants. | |

  Having considered the parties' Joint Motion to Dismiss Complaint and Cross-Complaint the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the joint motion. [Doc. No. 30.] Accordingly, this Court **DISMISSES WITH PREJUDICE** all complaints and claims in

//

this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall terminate the case.

It is **SO ORDERED**.

Dated: June 1, 2018

Hon. Cathy Ann Bencivengo
United States District Judge